AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

Oliver Alberto

JUDGMENT IN A CIVIL CASE

v.

Franklin County Superior Court, et al

CASE NUMBER: CV-07-5016-AAM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Case is DISSMISSED Without Prejudice for Failure to Obey a Court Order.

07/19/07  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson